**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 62 EAL 2021

            Respondent            :

            :   Petition for Allowance of Appeal

            :   from the Order of the Superior Court

         v.               :

            :

JACOBS SERGIO,             :

            :

            Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.